BYRNES *v.* WALKER, WARDEN.

No. 396, Misc.   Decided April 23, 1962.

Petitioner *pro se.*

*Jack P. F. Gremillion,* Attorney General of Louisiana, *Scallan E. Walsh,* Assistant Attorney General, and *Albin P. Lassister* for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment is vacated and the case is remanded for a hearing. *Herman* v. *Claudy,* 350 U. S. 116.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.